♨AO    (Rev. 8/01 Judgment in a Criminal Case for Revocations)                                                            BKJ/jw

# UNITED STATES DISTRICT COURT
### Southern District of Mississippi
#### Jackson Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | Case Number:   3:04cr74TSL-JCS-001 |
| CASSANDRA HAYES | |
| | Defendant's Attorney:  S. Dennis Joiner, Federal Public Defender |
| | 200 South Lamar Street, Suite 100S |
| | Jackson, MS 39201   (601) 948-4284 |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) __Mandatory Condition__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition | The offender failed to refrain from criminal activity as evidenced by her arrest on August 13, 2005, for four (4) counts Felony False Pretense by the Flora, Mississippi, Police Department. Hayes admitted to the criminal activity when interviewed by this officer. | 08/13/05 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: _____

March 9, 2006
Date of Imposition of Judgment

Defendant's Date of Birth: _____

Defendant's USM No.: _____
Signature of Judicial Officer

Defendant's Residence Address:

Currently in custody at the Madison (MS) County
Sheriff's Department Jail
2935 Highway 51
Canton, MS 39046

Tom S. Lee, U. S. District Judge
Name and Title of Judicial Officer

3/13/06
Date

Defendant's Mailing Address:

6636 Trace Drive

Jackson, MS 39213

**DEFENDANT:** HAYES, CASSANDRA
**CASE NUMBER:** 3:04CR74TSL-JCS-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>eighteen (18) months to run concurrently to her state sentence, she is currently serving, in Madison County, Mississippi, Circuit Court Cause Number 2005-0568. Supervised release after this period of incarceration is not ordered.</u>

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ by _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL